BEFORE THE THIRD DIVISION, JUNE 23, 1948

**No. 52414.**—Biddle Purchasing Co. et al. *v.* United States, protests 958278–G, etc. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.